IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAVIER MIRANDA, | ) | 1:07-cv-00218-OWW-SMS PC |
| | ) | |
| Plaintiff, | ) | SECOND ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN |
| vs. | ) | FORMA PAUPERIS AND CERTIFIED |
| | ) | COPY OF TRUST ACCOUNT |
| | ) | STATEMENT **OR** PAY FILING FEE |
| T. MOONEY, et al., | ) | (Doc. 7) |
| | ) | |
| | ) | ORDER STRIKING MOTION FOR |
| Defendants. | ) | APPOINTMENT OF COUNSEL FOR |
| | ) | LACK OF SIGNATURE (Doc. 8) |
| | ) | |

On March 16, 2007, plaintiff was ordered by the court to submit a completed application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the balance of $200.00 filing fee for this action. On April 2, 2007, plaintiff submitted deficient documents. The application to proceed in forma pauperis did not include the required original signature by an authorized officer of the institution of incarceration, nor did it include a certified copy of plaintiff's prison trust account statement for the entire six month period

1

1    immediately preceding the filing of the complaint.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Plaintiff will be

2    provided another opportunity to comply with the court's order and submit the required document(s)

3    or pay the $200.00 balance of the filing fee.

4         On April 20, 2007, plaintiff filed a motion seeking the appointment of counsel.  However,

5    plaintiff's one page motion does not bear his signature.  Each document submitted for filing must

6    include the original signature of the filing party or parties.  Local Rule 7-131; Fed. R. Civ. P. 11(a).

7    <u>All documents submitted without the required signature(s) will be stricken.</u>

8         Accordingly, IT IS HEREBY ORDERED that:

9    1.    The Clerk's Office shall send to plaintiff the form for application to proceed in forma

10         pauperis.

11   2.    Within **thirty (30) days** of the date of service of this order, plaintiff shall submit a

12         completed application to proceed in forma pauperis and a certified copy of his prison

13         trust account statement for the six month period immediately preceding the filing of

14         the complaint, or in the alternative, pay the $200.00 balance of the filing fee for this

15         action.  Failure to comply with this order will result in a recommendation that this

16         action be dismissed.

17   3.    Plaintiff's motion for the appointment of counsel, filed April 20, 2007, is

18         STRICKEN for lack of signature.

19

20   IT IS SO ORDERED.

21   **Dated:    April 24, 2007**                     _____/s/ Sandra M. Snyder_____
                                              UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

                                              2