UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER MIRANDA,<br><br>    Plaintiff,<br><br>vs.<br><br>T. MOONEY, et al.,<br><br>    Defendants.<br>_____/ | 1:07-cv-00218-OWW-SMS PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER**<br><br>(Docs. 9 and 10) |

   Plaintiff Javier Miranda ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On June 18, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within eleven days.  To date, plaintiff has not filed an objection to the Findings and Recommendations.

//

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.   The Findings and Recommendations, filed June 18, 2007, is ADOPTED IN FULL; and,

    2.   This action is DISMISSED, without prejudice, based on plaintiff's failure to obey the court's order of April 24, 2007.

IT IS SO ORDERED.

**Dated:   July 21, 2007**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE